# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
MENDOZA-Romero, Jose

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER: 06 70766

FILED
2006 NOV 22 A 11: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than November 13, 2006, in Santa Clara County in the __Northern__ District of __California__ defendant(s) was,(Track Statutory Language of Offense)

found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security,

in violation of Title __8__ United States Code, Section(s) __1326 (a)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____ 11/21/06
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 22, 2006         at San Jose, California
Date                      City and State

RICHARD SEEBORG
United States Magistrate Judge
Name & Title of Judicial Officer
Signature of Judicial Officer

RE:  Jose MENDOZA-Romero                                                                  A78 080 174

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been employed by that agency and its predecessor, the Immigration and Naturalization Service, since May 15, 1989. I am currently assigned to investigations, which target criminal alien registered sex offenders in the United States who have been convicted of crimes of domestic violence, sexual assault and child sexual abuse within the jurisdiction of the San Jose, California ASAC-office. In such capacity, I have identified the above named individual as an alien who has suffered some of these types of criminal offences within the State of California. In addition I have reviewed the official immigration file relating to the above named individual, and attest to the following:

(1)   Jose MENDOZA-Romero is a thirty-one (31) year-old male who has used two (2) aliases and two (2) dates of birth in the past.

(2)   Mr. Jose MENDOZA-Romero has been assigned one Alien Registration number of A78 080 174, an FBI number of 127463DB2, a California Criminal Information Index number of A10741125 and a Santa Clara County Department of Corrections number of DLZ702.

(3)   Mr. Jose MENDOZA-Romero is a native of Mexico and a citizen of Mexico. Mr. Jose MENDOZA-Romero confirmed his foreign nationality, prior deportations and failure to gain permission to reenter the United States in a singed sworn statement on January 22, 1999, at San Luis, AZ, and made before Immigration Inspector, Terrance Bonner. A check through immigration records shows that he was last arrested and removed from the United States on July 23, 1999, at Del Rio, TX.

(4)   Mr. Jose MENDOZA-Romero last entered the United States on an unknown date on or after July 23, 1999, by crossing the international border without inspection or permission from the United States, Attorney General or Secretary of Homeland Security subsequent to the above mentioned removal from the United States.

(5)   Mr. Jose MENDOZA-Romero, beginning at a time unknown but no later than November 13, 2006, and continuing to the present time was found in the United States, and the State and Northern District of California. On that date Mr. Jose MENDOZA-Romero, pursuant to his September 6, 2006 registration as a sex-offender in San Jose, CA at the Santa Clara County Sheriff Office. During this September 6, 2006 registration Mr. Jose MENDOZA-Romero was fingerprinted and photographed and provided the address of: 14911 McVay Ave., San Jose, CA as his residence. On November 13, 2006, this Agent received a copy of the registration form from the Santa Clara County Sheriff Office and compared the fingerprints taken therein against the fingerprints on the executed warrants of Removal/Departure within Mr. Jose MENDOZA-Romero's Immigration file folder. This comparison concluded that the same individual made these two separate sets of fingerprints.

RE: Jose MENDOZA-Romero                                                          A78 080 174

(6) Mr. Jose MENDOZA-Romero was on March 12, 1996, convicted in the Superior Court of California, County of Santa Clara, for the offence of Assault on Police Officer, a violation of Section 245(c)P of the California Penal Code and sentenced to two years confinement. This offense is defined as an "aggravated felony" under Title 8 United States Code, Section 1101(a)(43)(f).

(7) Mr. Jose MENDOZA-Romero was on March 3, 1999, convicted in the United States District Court, Arizona District, for the offence of Possession of False Identification Documents, a violation of Title 18 USC 1028(a)(4) & (b)(5).

(8) Mr. Jose MENDOZA-Romero was on April 22, 2005, convicted in the Superior Court of California, County of Santa Clara, for the offence of Sexual Battery, to wit a juvenile victim, a violation of Section 243.4 of the California Penal Code. This conviction requires Mr. Jose MENDOZA-Romero to register as a sex offender, on a yearly bases, with local authorities.

(9) The official Immigration file relating to Jose MENDOZA-Romero contains two (2) executed Warrants of Deportation/Removal. He was arrested and removed from the United States to Mexico on the following dates:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| January 20, 1999 | Calexico, CA |
| July 23, 1999 | Del Rio, TX |

(10) There is no record within the official Immigration file of Mr. Jose MENDOZA-Romero that he ever applied to the Attorney General or the Secretary of Homeland Security for permission to re-enter the United States.

(11) Mr. Jose MENDOZA-Romero is currently at large and, through investigative efforts, is believed to yet be residing at 14911 McVay Ave., San Jose, CA.

(12) On the basis of the above information, there is probable cause to believe that Jose MENDOZA-Romero is in the United States in violation of Title 8 USC Section 1326(a).

Thomas F. Orecchia
Special Agent, USICE

Subscribed and sworn to before me this _22nd_ day of November 2006.

RICHARD SEEBORG
United States Magistrate Judge