| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |

**FILED**

2008 JUN 10 A 11: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  No. CR 08 00385 JF PVT
              Plaintiff,    )
                            )  VIOLATION: 8 U.S.C. § 1326 –
        v.                  )  Illegal Re-Entry Following Deportation
                            )
JOSE MENDOZA-ROMERO,        )  SAN JOSE VENUE
              Defendant.    )
_____)

## INFORMATION

The United States charges:

On or about November 13, 2006, the defendant

JOSE MENDOZA-ROMERO,

an alien, previously having been arrested and deported from the United States on or about January 20, 1999 and July 23, 1999, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

| | |
|---|---|
| 1 | of Title 8, United States Code, Section 1326. |
| 2 | DATED: June 10, 2008      JOSEPH P. RUSSONIELLO |
| | United States Attorney |

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
AUSA SCHENK

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

FILED — NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 A 11:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT** — JOSE MENDOZA ROMERO

DISTRICT COURT NUMBER

CR - 08 00385 JF PVT

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 06-70766

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY B. SCHENK

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: