AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA
v.
Jose Mendoza-Romero

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00385 JF

I, _Jose Mendoza-Romero_, the above named defendant, who is accused of

8 U.S.C. § 1326 (Illegal reentry After Deportation/Removal)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 12, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

JUN 12 2008

X J MENDOZA
Defendant

Counsel for Defendant

Before_____
Judicial Officer