# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, June 25, 2008
**Case Number:** CR-08-00385-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     UNITED STATES OF AMERICA V. JOSE MENDOZA-ROMERO

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | Jose Mendoza-Romero |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Manuel Araujo |

PROCEEDINGS:
Disposition hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Continued to 7/23/08 at 9:00 a.m. for sentencing. Defendant waives referral to U.S. probation.