UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 23, 2008
**Case Number:** CR-08-00385-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:          UNITED STATES OF AMERICA V. JOSE MENDOZA-ROMERO

              **PLAINTIFF**                              **DEFENDANTS**
              United States                              Jose Mendoza-Romero

     **Attorneys Present:** Jeffrey Schenk          **Attorneys Present:** Manuel Araujo

PROCEEDINGS:
    Judgment and sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant is sentenced to 37 months on count 1 of the Information; 3 years supervised release; and $100.00 special assessment.